IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

TINA MOORE                                                                                          PLAINTIFF

V.                              NO. 1:18CV0064 JM-JTK

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                                    DEFENDANT

# ORDER

The Court has reviewed the Recommended Disposition submitted by Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Tina Moore's Complaint (Doc. No. 2) is DISMISSED with prejudice.

DATED this 8th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE