IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TINA MOORE                                                                                      PLAINTIFF

V.                              NO. 1:18CV0064 JM-JTK

NANCY A. BERRYHILL,
**Acting Commissioner,**
**Social Security Administration**                                                DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 8th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE